**Summit County Court of Common Pleas**
**Civil Division**

**Instructions:** Complete the following form and file with the Summit County Clerk of Courts - Civil Divsion, located at: 205 South High Street, 1st Floor, Akron, Ohio 44308.

| Case Caption: | | |
|---|---|---|
| _____ Plaintiff | v. | Case Number _____ |
| _____ Defendant | | **INSTRUCTIONS FOR SERVICE** |

**To Clerk**: You are hereby requestd to make service upon the following by:

☐ FedEx
☐ Certified Mail
☐ Regular Mail
☐ Sheriff Service (Personal)
☐ Sheriff Service (Personal or Residential)
☐ Personal Service   Process Server: _____

**Please Serve the following pleadings:**   _____
_____
_____

**Parties to be served:**

| Name: _____ | Name: _____ |
| Address _____ | Address _____ |
| Address _____ | Address _____ |
| City _____ State ____ Zip ____ | City _____ State ____ Zip ____ |
| Name: _____ | Name: _____ |
| Address _____ | Address _____ |
| Address _____ | Address _____ |
| City _____ State ____ Zip ____ | City _____ State ____ Zip ____ |

s/ _____   _____
Attorney for Plaintiff (or pro se litigant)   Supreme Ct #

CV Form 014                                    Rev 1.1 20131002

**Sandra Kurt, Summit County Clerk of Courts**